HENRY J. LEVY, Respondent, v. MILTON J. GORDON, Appellant.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.